UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| EIT HOLDINGS LLC, a Delaware company<br>Plaintiff,<br><br>vs.<br><br>WEBMD, LLC, a Delaware Corporation;<br>THELADDERS.COM, INC., a Delaware Corporation;<br>PRICELINE.COM INCORPORATED, a Delaware Corporation;<br>BARNES & NOBLE, INC., a Delaware Corporation<br>And<br>THE STREET.COM, INC., a Delaware Corporation;<br><br>Defendants. | CASE NO.<br><br><br>**DEMAND FOR JURY TRIAL** |

## **RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record for Plaintiff EIT Holdings LLC ("EIT") certifies that EIT has no parent entity and is not a publically held entity.

Dated:  December 10, 2010         */s/ Richard K. Herrmann*
                                                      Richard K. Herrmann (I.D. #405)
                                                      Mary B. Matterer (I.D. #2696)
                                                      MORRIS JAMES LLP
                                                      500 Delaware Avenue, Suite 1500
                                                      Wilmington, Delaware 19801
                                                      Telephone: (302) 888-6800
                                                      rherrmann@morrisjames.com
                                                      *Attorneys for Plaintiff EIT Holdings LLC*