UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| EIT HOLDINGS LLC, a Delaware company<br>                    Plaintiff,<br><br>     vs.<br><br>WEBMD LLC, et al,<br><br><br>                    Defendants. | C. A. NO. 10-1081-JBS -AMD<br><br><br>**DEMAND FOR JURY TRIAL** |

**MOTION AND ORDER FOR ADMISSIONS *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admissions *pro hac vice* of Edward W. Goldstein, Corby R. Vowell, Jody M. Goldstein and Alisa A. Lipski of Goldstein & Vowell, LLP to represent EIT Holdings, LLC in this matter.

Dated:  January 7, 2011          */s/ Richard Herrmann*
                                 Richard K. Herrmann (#405)
                                 Mary B. Matterer(#2696)
                                 **MORRIS JAMES LLP**
                                 500 Delaware Avenue, Suite 1500
                                 Wilmington, DE 19801
                                 (302) 888-6800
                                 rherrmann@morrisjames.com
                                 mmatterer@morrisjames.com
                                 *Attorneys for Plaintiffs*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admissions *pro hac vice* is granted.

Date: _____          _____
                                United States District Court Judge

UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| EIT HOLDINGS, LLC, a Delaware company<br>Plaintiff,<br><br>vs.<br><br>WEBMD, L.L.C, a Delaware Corporation;<br>THELADDERS.COM, INC., a Delaware Corporation;<br>PRICELINE.COM, Inc., a Delaware Corporation;<br>BARNESANDNOBLE.COM, Inc., a Delaware Corporation<br>And<br>TheStreet.com, Inc., a Delaware Corporation;<br><br>Defendants. | CASE NO. 1:10-CV-01081<br><br><br><br>**DEMAND FOR JURY TRIAL** |

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Texas and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 97/23/09, I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court, or, not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: 1/6/2011

Signed: _____
Alisa A. Lipski
Goldstein & Vowell, LLP
1177 West Loop South, Suite 400
Houston, TX 77027
Tel: 713-877-1515
Fax: 713-877-1737
Email: alipski@gviplaw.com

UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| EIT HOLDINGS, LLC, a Delaware company<br>Plaintiff,<br><br>vs.<br><br>WEBMD, L.L.C, a Delaware Corporation;<br>THELADDERS.COM, INC., a Delaware Corporation;<br>PRICELINE.COM, Inc., a Delaware Corporation;<br>BARNESANDNOBLE.COM, Inc., a Delaware Corporation<br>And<br>TheStreet.com, Inc., a Delaware Corporation;<br><br>Defendants. | CASE NO. 1:10-CV-01081<br><br><br><br>**DEMAND FOR JURY TRIAL** |

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Texas and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 97/23/09, I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court, or, not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: 1/6/11

Signed: _____
Jody M. Goldstein
Goldstein & Vowell, LLP
1177 West Loop South, Suite 400
Houston, TX 77027
Tel: 713-877-1515
Fax: 713-877-1737
Email: jgoldstein@gviplaw.com

UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| EIT HOLDINGS, LLC, a Delaware company<br>Plaintiff,<br><br>vs.<br><br>WEBMD, L.L.C, a Delaware Corporation;<br>THELADDERS.COM, INC., a Delaware Corporation;<br>PRICELINE.COM, Inc., a Delaware Corporation;<br>BARNESANDNOBLE.COM, Inc., a Delaware Corporation<br>And<br>TheStreet.com, Inc., a Delaware Corporation;<br><br>Defendants. | CASE NO. 1:10-CV-01081<br><br><br><br>**DEMAND FOR JURY TRIAL** |

## **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Texas and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 97/23/09, I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court, or, not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: 1/6/11

Signed: _____
Corby R. Vowell
Goldstein & Vowell, LLP
1177 West Loop South, Suite 400
Houston, TX  77027
Tel: 713-877-1515
Fax: 713-877-1737
Email: cvowell@gviplaw.com

UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| EIT HOLDINGS, LLC, a Delaware company<br>Plaintiff,<br><br>vs.<br><br>WEBMD, L.L.C, a Delaware Corporation;<br>THELADDERS.COM, INC., a Delaware Corporation;<br>PRICELINE.COM, Inc., a Delaware Corporation;<br>BARNESANDNOBLE.COM, Inc., a Delaware Corporation<br>And<br>TheStreet.com, Inc., a Delaware Corporation;<br><br>Defendants. | CASE NO. 1:10-CV-01081<br><br><br><br>**DEMAND FOR JURY TRIAL** |

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Texas and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 97/23/09, I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court, or, not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: 1/6/11                                              Signed: _____
                                                                           Edward W. Goldstein
                                                                           Goldstein & Vowell, LLP
                                                                           1177 West Loop South, Suite 400
                                                                           Houston, TX  77027
                                                                           Tel: 713-877-1515
                                                                           Fax: 713-877-1737
                                                                           Email: egoldstein@gviplaw.com