ORIGINAL

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| | | |
|---|---|---|
| EIT HOLDINGS LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 10-1081 |
| WebMD LLC, et al. | ) | |
| *Defendant* | ) | |

Alias    **SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
TheStreet.com, Inc.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Richard K. Herrmann, Esq.
Morris James, LLP
500 Delaware Avenue, Suite 1500
Wilmiington, DE 19801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: ___JAN 18 2011___

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 10-1081

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **The Street.Com Inc.**
was received by me on *(date)* **1-19-2011**.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Scott LaScala**, who is designated by law to accept service of process on behalf of *(name of organization)* **CT Corporation Trust Company 1209 Orange Street, Wilmington, DE 19801** on *(date)* **1-19-2011** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **1-19-2011**

_____
Server's signature

**Eric McLaughlin Legal Courier**
Printed name and title

**715 King Street**
**Wilmington, DE 19801**
Server's address

Additional information regarding attempted service, etc: